UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONIRATO NAVIGATION LTD.,

        Plaintiff,

    v.

SRI LALITHA ENTERPRISES INDUSTRIES
PRIVATE LIMITED, *et al.*,

        Defendant and Garnishees.

14 CV 4293 (RJS)
ECF Case

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff Onirato Navigation Ltd. and Garnishee State Bank of India, by their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, each party to bear its respective costs and attorneys fees.

    Any and all related process – including, but not limited to, subpoenas and interrogatories – are hereby withdrawn.

Dated: September 18, 2014.

/s/ J. Stephen Simms
J. Stephen Simms, pro hac vice
Marios J. Monopolis, pro hac vice
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Hunt Valley, Maryland 21030
Tel:    410-783-5795
Fax:    410-510-1789
Email:  jssimms@simmsshowers.com
          mjmonopolis@simmsshowers.com

Attorneys for Onirato Navigation Ltd.

/s/ Barry J. Friedberg
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue
New York, New York 10017
Tel:    212-972-2929
Fax:    212-972-7581
Email: bfriedberg@trflaw.com

Attorneys for State Bank of India New York Branch

**APPROVED AND SO ORDERED.**

Dated: September ____, 2014
       New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE